UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RANDALL LITTLE
Institutional ID No. 53592-048

              Plaintiff,

v.                                              No. 1:24-CV-00059-H

C. STERN, *et al.*,

              Defendants.

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

      The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No party objected, and the time to do so has passed. The District Court made an independent examination of the record and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate.

      The Court therefore orders that Plaintiff's complaint and all claims alleged within it are dismissed with prejudice for failure to state a claim under 28 U.S.C. §§ 1915, 1915A. Specifically, the Court dismisses Plaintiff's claims construed under the Federal Tort Claims Act for lack of jurisdiction. The Court dismisses Plaintiff's claims under *Bivens v. Six Unknown Federal Narcotics Agents,* 403 U.S. 388 (1971), accruing before April 29, 2022, as barred by the applicable statute of limitations. And the Court dismisses Plaintiff's remaining *Bivens* claims for failure to state a claim upon which relief may be granted. The Court denies all relief not expressly granted and any pending motions.

The Court will enter judgment accordingly.

So ordered.

Dated January 30, 2026.

                                                                         JAMES WESLEY HENDRIX
                                                                         United States District Judge